UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH BROOME,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-08860 |
| | ) | |
| **BOARD OF TRUSTEES OF ILLINOIS** | ) | Judge Edmond E. Chang |
| **COMMUNITY COLLEGE DISTRICT** | ) | Magistrate Judge Maria Valdez |
| **No. 508, d/b/a CITY COLLEGES OF** | ) | |
| **CHICAGO,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STIPLULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED TO pursuant to Fed. R. Civ. P. 41(a)(1)(ii) by the respective parties herein that all matters in controversy have been comprised and settled to the satisfaction of all parties; and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

Dated: August 28, 2014

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| /s/ Mason Cole | /s/ Jeffrey S. Fowler |
| Cole Sadkin, LLC | Laner Muchin, Ltd. |
| 20 South Clark Street, Suite 500 | 515 North State Street, Suite 2800 |
| Chicago, Illinois 60603 | Chicago, Illinois 60654 |
| colesadkin.com | (312) 467-9800 |
| (312) 548-8610 | (312) 467-9479 (fax) |
| mcole@colesadkin.com | |

## CERTIFICATE OF SERVICE

    I, a non-attorney, certify that a copy of the attached document, **JOINT STIPULATION TO DISMISS**, was sent to the party listed below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on August 28, 2014.

>Jeff Fowler
>Laner Muchin, Ltd.
>515 N. State Street, Suite 2800
>Chicago, Illinois 60654
>jfowler@lanermuchin.com

    A courtesy copy was delivered to Chambers of Judge Maria Valdez within twenty-four (24) hours of e-filing.

                                                   __/s/ Courtney Wirth__